IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT GLENN | : CIVIL ACTION |
| Petitioner, | : |
| v. | : No. 07-3111 |
| JEFFREY BEARD, et al. | : |
| Respondents | : |

## ORDER

AND NOW, this 8th day of January 2009, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapport dated March 18, 2008, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/S/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**